FILED
CLERK, U.S. DISTRICT COURT
8/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_VAV\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:22-cr-00376-SPG |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1703(a): Opening and Destruction of Mail by a Postal Service Employee Without Lawful Authority; 18 U.S.C. § 1709: Embezzlement of Mail by a Postal Employee] |
| MANUEL GUTIERREZ, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1703(a)]

On or about July 31, 2020, in Los Angeles County, within the Central District of California, defendant MANUEL GUTIERREZ, an employee of the United States Postal Service, unlawfully secreted, destroyed, and opened mail entrusted to him, which came into his possession and was intended to be conveyed by the United States mail, namely, a yellow parcel containing cards.

COUNT TWO

[18 U.S.C. § 1709]

On or about August 1, 2020, in Los Angeles County, within the Central District of California, defendant MANUEL GUTIERREZ, an employee of the United States Postal Service, stole, abstracted, and removed an article from the mail, namely, Magic the Gathering trading cards, contained in mail addressed to C.C. in Los Angeles, California, which had come into his possession intended to be conveyed by the United States mail.

COUNT THREE

[18 U.S.C. § 1703(a)]

On or about August 1, 2020, in Los Angeles County, within the Central District of California, defendant MANUEL GUTIERREZ, an employee of the United States Postal Service, unlawfully secreted and opened mail entrusted to him, which came into his possession and was intended to be conveyed by the United States mail, namely, a United States Postal Service priority package containing jewelry, and a parcel containing trading cards, a white envelope, and a receipt addressed to C.C.

COUNT FOUR

[18 U.S.C. § 1703(a)]

On or about August 7, 2020, in Los Angeles County, within the Central District of California, defendant MANUEL GUTIERREZ, an employee of the United States Postal Service, unlawfully secreted, destroyed, and opened mail entrusted to him, which came into his possession and was intended to be conveyed by the United States mail, namely, a United States Postal Service priority package addressed to R.C.T.V. containing a coin and coin catalog.

# COUNT FIVE:

**[18 U.S.C. § 1703(a)]**

On or about August 21, 2020, in Los Angeles County, within the Central District of California, defendant MANUEL GUTIERREZ, an employee of the United States Postal Service, unlawfully secreted, destroyed, and opened mail entrusted to him, which came into his possession and was intended to be conveyed by the United States mail, namely, a United States Postal Service priority package addressed to M.M. containing baseball cards.

A TRUE BILL

/S/
_____
Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

[signature]

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

KYLE W. KAHAN
Special Assistant United States Attorney
General Crimes Section