E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorney
International Narcotics, Money Laundering,
and Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238
    Facsimile: (213) 894-0142
    E-mail:   kyle.kahan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>MANUEL GUTIERREZ,<br><br>       Defendant. | No. CR 2:22-00376-SPG<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>**CURRENT DATE:** 04/10/24<br>**PROPOSED DATE** 06/26/24 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan and Jena A. MacCabe, and defendant MANUEL GUTIERREZ, by and through his counsel of record, Deputy Federal Public Defender Anne O'Toole, hereby stipulate as follows:

    1.   On August 16, 2022, a grand jury charged defendant in a five-count indictment with violations of: (1) 18 U.S.C. § 1703(a): Opening and Destruction of Mail by a Postal Service Employee Without

Lawful Authority; and (2) 18 U.S.C. § 1709: Embezzlement of Mail by a Postal Employee.  (Dkt. 1.)

    2.   On April 26, 2023, defendant pled guilty to all five counts without a plea agreement with the United States.  The Court subsequently scheduled a sentencing hearing for September 6, 2023, at 10:00 a.m.  (Dkt. 24.)

    3.   On August 7, 2023, the Court continued the sentencing hearing for the first time to December 13, 2023, at 10:00 a.m.  (Dkt. 27.)

    4.   On November 8, 2023, the Court continued the sentencing hearing for the second time to April 10, 2024, at 9:00 a.m. (Dkt. 29.)

    5.   The parties stipulate that defense counsel needs additional time to collect additional mitigation materials and other records to share with the government, and the government needs additional time to evaluate previously received mitigation materials in consideration of a potential alternative disposition.  The parties believe this will be the final continuance for this matter.

///
///

6. Accordingly, the parties request that this Court continue the sentencing hearing to June 26, 2024, at 9:00 a.m. along with the current deadline for sentencing position papers.

Dated: March 13, 2024                    Respectfully submitted,

                                         E. MARTIN ESTRADA
                                         United States Attorney

                                         MACK E. JENKINS
                                         Assistant United States Attorney
                                         Chief, Criminal Division

                                         */s/ Kyle W. Kahan*
                                         KYLE W. KAHAN
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

Dated: 3/9/24                            */s/ Anne O'Toole*

                                         ANNE O'TOOLE
                                         Deputy Federal Public Defender
                                         Attorney for Defendant
                                         MANUEL GUTIERREZ